**Reinstated and Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 13, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-01050-CV
_____

## IN RE LISA LUXENBURG, Relator

| |
|---|
| **ORIGINAL PROCEEDING**<br>**WRIT OF MANDAMUS**<br>**334th District Court**<br>**Harris County, Texas**<br>**Trial Court Cause No. 2013-29603** |

## MEMORANDUM OPINION

On November 22, 2013, relator Lisa Luxenburg filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Ken Wise, the former presiding judge of the 334th District Court of Harris County, to set aside his October 7, 2013 order granting the motion to abate the proceeding and compel arbitration filed by real party in interest J.C. Penney Corporation, Inc.

Judge Wise, however, is no longer presiding judge of the 334th District Court because he is now serving as a justice on this Court. Therefore, Judge Wise's successor, the Honorable Grant Dorfman, is now the respondent. *See* Tex. R. App. P. 7.2(a). We abated this original proceeding to allow Judge Dorfman to reconsider the October 7, 2013 order. *See id.* 7.2(b). Judge Dorfman has reconsidered the original decision and has signed an order granting J.C. Penney Corporation, Inc.'s motion to abate the proceeding and compel arbitration.

After considering the merits of relator's petition, we conclude that relator has not established her entitlement to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Boyce and Jamison.